Submitted February 26, affirmed April 2, petition for review denied November 20, 2014 (356 Or 516)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BARRY WILLIAM BALES,
*Defendant-Appellant.*

Washington County Circuit Court
C120748CR; A152157

325 P3d 758

Peter Gartlan, Chief Defender, and Ernest G. Lannet, Chief Deputy Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Matthew J. Lysne, Senior Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and Haselton, Chief Judge.

PER CURIAM